**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

**NICHOLE COLLINS,**

   *Plaintiff,*

 **v.**          **Case No.: 5:25cv195-MW/MJF**

**KOS 11838, LLC, et al.,**

   *Defendants.*

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 44, and has also reviewed *de novo* Defendant's objections, ECF No. 44. The Magistrate Judge recommends granting Plaintiff's motion for final default judgment and attorney's fees and costs, ECF No. 28. However, Defendant Adi Rahatlev objects, arguing with the merits of Plaintiff's contract claim and FLSA claim and asserting good faith, but unsuccessful, attempts at hiring counsel have been made with respect to the corporate entity Defendants. However, Mr. Rahatlev defaulted in this action and has failed to demonstrate why his failure to answer or otherwise respond in this action now warrants reversal notwithstanding the Magistrate Judge's prior Order denying his motion to set aside the Clerk's Default against him and the unrepresented corporate entities. Moreover, Mr. Rahatlev only once sought an extension of time to secure counsel, *see* ECF No.

36, but did not otherwise seek further relief or explain his delay in doing so. This Court is not persuaded that, given the length of time already afforded to the corporate entities to secure counsel to no avail, this case is able to move forward absent a default judgment.

Accordingly,

**IT IS ORDERED**:

The report and recommendation, ECF No. 44, is **accepted and adopted**, over the Defendant's objections, as this Court's opinion. Plaintiff's motion for default final judgment and attorney's fees and costs, ECF No. 28, is **GRANTED**. The Clerk shall enter judgment stating, "Judgment is entered against Defendants in the amount of $25,611.50 in damages, $10,889.00 in attorney's fees, and $1,015.00 in costs, for a total judgment of $37,515.50." The Clerk shall close the file.

**SO ORDERED on June 16, 2026.**

**s/Mark E. Walker**
**United States District Judge**

2